IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-17-290-D |
| ) | |
| DANIEL WEBSTER KEOGH ) | |
| a/k/a Web Keogh, and ) | |
| DANIELLE KEOGH, ) | |
| a/k/a Danielle E. Truitt, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant Danielle Keogh's Ex Parte Application to Provide Counsel a Copy of the Trial Transcript at Government Expense [Doc. No. 461] pursuant to 18 U.S.C. § 3006A(e) and 28 U.S.C. § 753(f). Upon consideration, the Court finds that Defendant Danielle Keogh should receive a free copy of a transcript that includes the testimony of all government witnesses, which may include bench conferences that occurred during the testimony of the witnesses, but that she has not shown any need for transcripts of counsel's opening statements, closing arguments, or arguments on Rule 29 motions. Further, at defense counsel's request, the Court authorized a sealed, *ex parte* filing, but the Court finds nothing in the Application to be kept secret and that it should be unsealed.

**IT IS THEREFORE ORDERED** that Defendant Danielle Keogh's Ex Parte Application to Provide Counsel a Copy of the Trial Transcript at Government Expense [Doc. No. 461] is **GRANTED** to the extent that the Court authorizes Defendant Danielle

Keogh's counsel to receive a copy of a transcript that contains the trial testimony of all government witnesses, which copy shall be provided at government expense pursuant to 18 U.S.C. § 3006A.

**IT IS FURTHER ORDERED** that the Clerk is directed to unseal Defendant Danielle Keogh's Ex Parte Application [Doc. No. 461].

**IT IS SO ORDERED** this 16th day of June, 2022

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge